# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE DEVONNE WALLACE,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>RAYMOND MADDEN,<br><br>　　　　　　Respondent. | Case No. CV 16-0252-SJO (JEM)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 20, 2017.

　　　　　　　　　　　　　　　　　　　　／s/ S. James Otero
　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE